UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61689-CIV-DIMITROULEAS

DARION L. WHITE,

    Petitioner,

vs.

JAMES R. MCDONOUGH,

    Respondent.
_____/

**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY;
ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS FOR FILING FEES ONLY**

THIS CAUSE is before the Court upon the Motion for Certificate of Appealability [DE-26] and Motion for Leave to Proceed in Forma Pauperis [DE-27], filed herein on March 20, 2008.  The Court has carefully considered the Motions and is otherwise fully advised in the premises.

On January 4, 2008, this Court issued a Final Judgment and Order Denying Petition for Writ of Habeas Corpus [DE-11]. Subsequently, on January 18, 2008, this Court issued an Amended Final Judgment and Order Denying Petition for Writ of Habeas Corpus [DE-15].  On February 27, 2008, this Court denied Petitioner's Requests for Documents and Transcripts. [DE-19].  On February 29, 2008, this Court issued a Final Order Denying Motion for Relief from Judgment.  [DE-21].   Petitioner indicates that he seeks a certificate of appealability as to all these Orders.  On consideration of the instant application for certificate of appealability, the Court will deny such certification, as this Court determines that the Petitioner has not shown violation of a substantial constitutional right.  The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Application for Certificate of Appealability [DE-26] is hereby

   **DENIED**.

2. Petitioner's Motion for Leave to Proceed in Forma Pauperis [DE-27] is hereby

   **GRANTED FOR FILING FEES ONLY**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of March, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies forwarded to:

Darion L. White, #L14716
c/o Martin Correctional Institution
1150 SW Allapattah Road
Indiantown, Florida 34956-4310

Heidi L. Bettendorf, Assistant Attorney General

Clerk, Appeals Desk