UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DARION L. WHITE,   CASE NO. 07-61689-CIV-DIMITROULEAS

    Petitioner,

vs.

JAMES R. MCDONOUGH,

    Respondent.
_____/

**O R D E R**

    THIS CAUSE is before the Court on Petitioner's March 24, 2008 Motion For Stay [DE-31]. This case is on appeal. The Motion for Stay [DE-31] is Denied.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of March, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Darion White, #L14716
c/o Martin Corr. Inst.
1150 S.W. Allapattah Road
Indiantown, Florida 34956-4310

Heidi-Bettendorf, Assistant Attorney General